No. 1343. El Pueblo, Apelado, *v.* Osorio, Apelante.—Infracción al artículo 288 del Código Penal. San Juan, Sección 2ª. Diciembre 16, 1918. *Confirmada la sentencia apelada.*

No. 1309. El Pueblo, Apelado, *v.* Ríos, Jr., Apelante.—Infracción Ley de Pesas y Medidas. Ponce. Diciembre 16, 1918. *Revocada la sentencia apelada y absuelto el acusado.*

No. 1344. El Pueblo, Apelado, *v.* De Jesús, Apelante.—Falsa representación e impostura. Guayama. Diciembre 20, 1918. *Revocada la sentencia apelada.*

No. 1335. El Pueblo, Apelado, *v.* Olivieri, Apelante.—Delito contra la justicia pública. Mayagüez. Diciembre 20, 1918. *Confirmada la sentencia apelada.*

No. 1946. Benítez, Apelado, *v.* Benítez et al., Apelantes.—Cumplimiento de contrato. Humacao. Diciembre 23, 1918. *Desestimada la apelación.*

No. 1947. Lara et al., Apelantes, *v.* Mas et al., Apelados.—Reclamación de propiedad real. San Juan, Sección 2ª. Diciembre 23, 1918. *Declarada con lugar la moción y desestimada la apelación.*